No. 86. AMP INC. *v.* COHEN, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 2d Cir. Certiorari denied. *Marshall M. Holcombe, Vincent A. Kleinfeld, Alan H. Kaplan, Selma M. Levine,* and *Joel E. Hoffman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *James W. Knapp* for respondents.

No. 87. CLARK, GUARDIAN *v.* GREAT AMERICAN INSURANCE CO. OF NEW YORK. C. A. 5th Cir. Certiorari denied. *Cecil D. Franklin* for petitioner.

No. 89. STEADHAM ET AL. *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. *G. Hughel Harrison* for petitioners.

No. 92. DUGGAR *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Joseph W. Louisell* and *Ivan E. Barris* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 93. GRIMES ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *W. O. Cooper, Jr.,* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 96. ORLANDO DAILY NEWSPAPERS, INC., ET AL. *v.* BELLI. C. A. 5th Cir. Certiorari denied. *William Y. Akerman* for petitioners. *Paul A. Louis* and *Bertha Claire Lee* for respondent.